# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>               Plaintiff,<br><br>    v.<br><br>A. ROCHA, et al.,<br><br>               Defendants. | Case No.: 1:24-cv-001506 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DOE DEFENDANT<br><br>(Doc. 23) |

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge recommended this action proceed on Plaintiff's Eighth Amendment excessive force, failure to protect, and deliberate indifference to serious medical needs claims against Defendants Rocha and Florez (Claim One), First Amendment retaliation claims against Defendants Rocha and Florez (Claim One), and Eighth Amendment excessive force, failure to protect, and deliberate indifference to serious medical needs claims against Defendants Florez and Magallanes (Claim Two), that the remaining claims in Plaintiff's first amended complaint be dismissed, and that Defendant Doe be dismissed. (Doc. 23.) The Court served the findings and recommendations on Plaintiff, informed him that any objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his

rights on appeal." (*Id*. at 15, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Thereafter, Plaintiff filed a document titled "No Objections." (Doc. 24.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Accordingly, the Court ORDERS:

1. The Findings and Recommendations issued on March 23, 2026 (Doc. 23) are **ADOPTED** in full.

2. This action **PROCEEDS** on Plaintiff's Eighth Amendment claims for excessive force, failure to protect, and deliberate indifference to serious medical needs claims against Defendants Rocha and Florez (Claim One), First Amendment retaliation claims against Defendants Rocha and Florez (Claim One), and Eighth Amendment excessive force, failure to protect, and deliberate indifference to serious medical needs claims against Defendants Florez and Magallanes (Claim Two).

3. Defendant Doe is **DISMISSED** from the action without prejudice.

4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

   Dated:   **April 2, 2026**

_____
UNITED STATES DISTRICT JUDGE

2