IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,** | Case No. 1:24-cv-01506-JLT-CDB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| **v.** | |
| **A. ROCHA, et al.,** | (Doc. 30) |
| Defendants. | |

Defendants have requested an extension of time through August 15, 2026, to file a responsive pleading.

Good cause appearing, the request to extend the time within which to file a responsive pleading is GRANTED.

Accordingly, it is HEREBY ORDERED that Defendants shall file a responsive pleading no later than August 15, 2026.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                                  _____
                                                                              UNITED STATES MAGISTRATE JUDGE