UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LANCE WILLIAMS,

Plaintiff,

v.

A. ROCHA, et al.,

Defendants.

Case No.: 1:24-cv-001506-JLT-CDB

**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

(Doc. 34)

Plaintiff Lance Williams is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

The Court issued its Order to Show Cause (OSC) Why Sanctions Should Not Be Imposed For Plaintiff's Failure to Oppose Defendants' Motion To Dismiss on September 9, 2026. (Doc. 34.)

On September 10, 2026, Plaintiff filed an opposition to Defendants' motion to dismiss. (Doc. 35.)

Accordingly, the OSC (Doc. 24) is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated: **September 11, 2026**

UNITED STATES MAGISTRATE JUDGE